# Exhibit A

MICHIGAN STATE
UNIVERSITY

# Trustee Taxation Guidelines for Tickets and Travel (effective 10/1/23)

The University benefits when Trustees function as its advocates with government officials, business and labor leaders, alumni, donors, members of the media, and Michigan's citizens. Trustees attend many University events, both on and off campus, to engage in such advocacy and to fulfill their other duties as Board members. Many of these contacts and events occur in a social context where the Trustees' ability to represent the University effectively is enhanced by the presence and participation of the Trustees' spouse, significant other, or one guest (hereinafter referred to as "companion"), who are often community leaders and who regularly assist the University in achieving its goals. The companion accompanying the Trustee in such circumstance should be appropriate for fulfilling an ambassadorial role.

The following practices encourage the active engagement of Trustees and their companions by facilitating their attendance at events at which, or in connection with which, they can conduct University business.

## I. Tickets, Passes, Conferences, and Events

a. Home Football Games: Trustees and their companions are the hosts of the Trustee Suite at Spartan Stadium, which provides a venue for the Trustees to entertain guests for the benefit of the University. Up to six tickets in the Trustee Suite and up to four tickets in the stands per home game are available for each Trustee's use. Tickets are distributed to Trustees at the beginning of each season. Trustees may request additional Standing Room Only tickets on a first come, first served basis. Additional stand tickets may be obtained, when available, at the Trustee's expense. The value of tickets used by a Trustee and their companion will not be reported as income on a Form 1099. The value of any ticket received by a Trustee and not used by the Trustee or the Trustee's companion will be reported as income to that Trustee on a Form 1099, subject to Section I(l).

b. Away Football, Men's Basketball, and Ice Hockey Games: Up to four tickets per away game are available for each Trustee's use, upon request. The value of tickets used by a Trustee and their companion will not be reported as income on a Form 1099. The value of any ticket received by a Trustee and not used by the Trustee or the Trustee's companion will be reported as income to that Trustee on a Form 1099, subject to Section I(l).

c. Home Men's Basketball Games: Trustees and their companions are the hosts of the Trustee Suites in the Breslin Center, which provide a venue for the Trustees to entertain guests for the benefit of the University. Up to four tickets in a Trustee Suite and up to four tickets in the stands per home game are available for each Trustee's use. Tickets are distributed to Trustees at the beginning of each season. Additional stand tickets may be obtained, when available, at the Trustee's expense. The value of tickets used by a Trustee and their companion will not be reported as income on a Form 1099. The value of any ticket received by a Trustee and not used by the Trustee or the Trustee's companion will be reported as income to that Trustee on a Form 1099, subject to Section I(l).

d. Home Ice Hockey Games: Trustees and their companions assist in hosting at the MSUFCU Club in Munn Ice Arena, which provides a venue for the Trustees to entertain guests for the benefit of the University. Up to two tickets and two MSUFCU Club passes per home game are available for each Trustee's use and will be distributed at the beginning of the season. The value of tickets used by a Trustee and their companion will not be reported as income on a Form 1099. The value of any ticket received by a Trustee and not used by the Trustee

or the Trustee's companion will be reported as income to that Trustee on a Form 1099, subject to Section I(l).

e. Post-Season Play: Up to four tickets to each game in post-season play are available for each Trustee's use. The value of any tickets used by a Trustee and the Trustee's companion will not be reported as income to that Trustee on a Form 1099. The value of any ticket received by a Trustee and not used by the Trustee or the Trustee's companion will be reported as income to that Trustee on a Form 1099, subject to Section I(l).

   Post-season play includes football bowl games; for men's and women's basketball, the Big Ten Tournament and NCAA or NIT post-season tournaments; and for ice hockey, the Big Ten Tournament and the NCAA post-season tournament. Travel to post-season games in other intercollegiate men's and women's sports will generally be handled in a manner consistent with the practices described in this document for regular season away games.

f. Wharton and Breslin Center Performances: Up to four tickets to performances at the Wharton Center or the Breslin Center are available for each Trustee's use. The value of tickets used by a Trustee and their companion will not be reported as income to that Trustee on a Form 1099. The value of any ticket received by a Trustee and not used by the Trustee or the Trustee's companion will be reported as income to that Trustee on a Form 1099, subject to Section I(l).

g. Forest Akers Golf Course: Trustees may twice per month request a pass for up to four people to Forest Akers Golf Course. The value of any pass used by a Trustee will not be reported as income to that Trustee on a Form 1099. The value of each pass received by a Trustee and not used by that Trustee will be reported as income to that Trustee on a Form 1099, subject to Section I(l).

h. Conferences: If a Trustee attends a conference, such as the annual conference of the Association of Governing Boards, the University will pay the conference registration fees and travel expenses for the Trustee and companion.

i. Other Events: Trustees are expected to attend events, such as donor functions and alumni events, particularly when traveling for athletic events. The Board Office will handle registration arrangements and will pay directly for two tickets to those events for each Trustee and their companion. Additional tickets may be obtained, when available, at the Trustee's expense.

j. Tickets Given to Charity: If the Trustee intends to donate the tickets for a tax deduction on their personal tax return, then the tickets would be considered personal use and taxable (e.g., Trustee receives a gift receipt in the Trustee name as the donor). If they are providing ticket(s) to charity, they need to document to the Board Office who the tickets were given to and provide as the reason for non-use as "charity not for personal use" (e.g., Trustee receives a gift receipt in the name of MSU as the donor).

k. Resell: Tickets provided to Trustees without charge are not for resale by Trustees.

l. Unused Tickets: The value of any ticket received by a Trustee and not used by the Trustee or the Trustee's companion will be reported as income to that Trustee on a Form 1099. The

University will not report as income to a Trustee the value of any ticket that was not used if (1) the Trustee reports that the ticket was indeed used for a documented University business purpose, (2) the ticket was provided to another Trustee for the other Trustee's use, or (3) the Trustee returns the unused ticket to the Board Office prior to the event – which is recommended – or informs the Board Office that the Trustee did not attend the event. Please note that for tax purposes, a Trustee who receives any ticket from another Trustee takes such ticket subject to the conditions applicable to tickets issued directly to them.

## II. Travel

The University's Manual of Business Procedures - Section 70: Travel Regulations is the general guideline for the reimbursement of University travel expenditures, including Trustee travel. Because of the unique role of the Trustees, exceptions to the Manual of Business Procedures are sometimes appropriate. The guidelines that follow govern Trustee travel and are intended to supplement the Manual of Business Procedures for Trustee-specific travel.

When traveling by air, the Board Office will provide air travel for two. Domestic air travel is reimbursed at coach airfare. International air travel in excess of five hours may be reimbursed at a business class rate. The Board Office can book Trustee travel, billing it directly to the University. If a Trustee chooses to book his or her own travel, tickets will be reimbursed at a rate equal to the then market rate for a commercial, coach round trip ticket between Lansing, Michigan, and the destination. When travelling by car, Trustees will be reimbursed for mileage at the current federal rate.

a. Authorization: The Secretary of the Board of Trustees must complete and sign an authorization form for out of state, away game, and post-season travel by Trustees.

b. Companion Travel: The University will reimburse Trustees for their travel and the travel of a companion, depending on the role of the companion/guest on the trip. The travel expenses of the Trustee's companion will not be reported as income on a Form 1099 if the Trustee and companion attend the game(s) and event(s) related to the game(s) or if there is another University business purpose for their companion's participation in the trip. Attendance at game(s) and event(s) and/or any other documented University business purpose must be documented. Otherwise, the travel expenses of the Trustee's companion will be reported on a Form 1099 issued to the Trustee.

c. Ground Transportation: Trustees will be reimbursed for one car rental (mid-size, sedan) per Trustee when it is necessary or appropriate to rent a vehicle to travel within a destination city. Otherwise, Trustees will be reimbursed for taxi/rideshare fare or public transportation. It is not appropriate to utilize a limousine or other car service except when doing so is the only available mode of transportation to achieve the business purpose of the trip or would be less expensive than other options.

d. Meals: MSU will provide a per diem to the Trustee and companion for meal expenses resulting from participation in a Board assigned activity or trip. The exact amounts will be based upon MSU's established per diem rates. When meals are provided as part of a function, a per diem for that specific meal(s) will not be provided.

e. International Travel: It may be appropriate, from time to time, for Trustees to travel internationally on behalf of the University. Generally, the University makes an effort to afford a Trustee the opportunity to travel internationally at some point during the Trustee's

eight-year term in office. The Secretary shall approve all international travel prior to the trip occurring.

## III. Accommodations

When visiting MSU's East Lansing campus for an overnight stay, Trustees are entitled to overnight accommodations and the following policy applies to East Lansing hotels:

1. MSU's hotel, the Kellogg Center, is preferred to best support the university. Trustees will receive, at no charge, one upgraded hotel room. Complimentary parking will also be provided.
2. MSU's negotiated nightly rate at the Graduate Hotel is comparable to the Kellogg Center, therefore the Graduate may also be used. Travel arrangers should always ask for the MSU rate. Parking charged by the Graduate will be reimbursed.
3. If the aforementioned hotels are unavailable, other area hotels, such as the Candlewood at the Henry Center, are acceptable.
4. For stays during 'events' (mainly home football games and commencement), Trustees must stay at the Kellogg Center if rooms are available. If the price at the Graduate is comparable, the Graduate may be used.

When traveling on behalf of the University, Trustees will receive, at no charge, one standard hotel room per Trustee at the team/alumni/conference hotel.

Trustees who wish to upgrade to a suite or stay at an alternate hotel will need to pay the difference between the standard room rate at the designated hotel and the suite rate or room rate at the alternate hotel.

If Trustees need additional hotel rooms, the Board Office will assist with reserving additional rooms at the Trustee's expense.

## IV. Tax Documentation and Reporting

For tax purposes, the use of athletic and event tickets by Trustees and their companions and guests for University business purposes must be documented on a game by game and event by event basis. Travel for University business purposes must also be documented. The Board Office is responsible for obtaining and maintaining this documentation and for verifying its accuracy with individual Trustees, pursuant to the procedures set forth in this document. The Board Office will maintain records related to Trustee tickets and travel for a period consistent with university document retention requirements for tax purposes.

This section addresses compliance with IRS reporting and documentation requirements relating to the use of athletic and event tickets provided to Trustees under Board Courtesies Guidelines and Trustee travel for University business purposes. It does not alter the courtesies available to Trustees under the existing Board Courtesies Guidelines.

a. Terminology:

i. Ticket Value: For purposes hereof, the value of a ticket is its stated price.

ii. University Business Purposes: For purposes hereof, a University business purpose is one relating to the Trustee's responsibilities as Trustee, not to the Trustee's private or personal business. Examples of University business purposes include fundraising and donor cultivation, alumni relations, faculty relations, community

relations, government relations, labor relations, media relations, student relations, and Michigan economic development. This is not an exhaustive list. The University business purpose cannot be incidental to a primarily personal or non-University purpose. If requested by the Board Office to do so, the University Controller makes the final determination as to whether a University business purpose actually exists.

iii. University Business Guest: For purposes hereof, a University business guest is any individual whom a Trustee invites to a game or event for a documented University business purpose.

b. Tickets

i. Documentation: Tax laws and rules require documentation of the University business purpose for ticket use at or near the time of that use. After each game or event, Trustees should provide to the Board Office the names or titles of their University business guests for that game or event and the specific University business purpose for each guest's attendance based on actual ticket utilization. The Board Office will keep track of the number and value of tickets issued to and used by each Trustee for each game or event and the purpose for which they are used. Trustees are encouraged to maintain a personal record of this information for their own tax records.

ii. Compilations: At the end of each football, men's basketball, and ice hockey season, the Board Office will compile a list of the tickets each Trustee used for documented University business purposes at each game during that season. At the end of each calendar year, the Board Office will compile a list of all the tickets each Trustee used for documented University business purposes at any athletic game or event during that calendar year. Each Trustee will have the opportunity to review the draft lists relating to him/her and to correct them before the information is submitted to the Controller's Office for preparation of IRS Form 1099.

iii. Reportable Ticket Amounts: The value of tickets provided to a Trustee under the Board Courtesies Guidelines will be reported on the IRS Form 1099 issued to the Trustee at the end of each calendar year except insofar as the information on the Trustee Ticket Forms submitted by that Trustee substantiates a documented University business purpose for the use of the tickets.

c. Travel

i. Documentation: Tax laws and rules require documentation of the University business purpose for travel at or near the time of travel. Pursuant to the Manual for Business Procedures, requests for reimbursement of travel expenses must be submitted within 90 days of the completion of travel. Trustees are therefore requested to submit requests for reimbursement and itemized receipts to the Board Office within 60 days of the completion of travel to allow adequate time for processing. Trustees are encouraged to maintain a personal record of this

information for their own tax records.

ii. Reportable Travel Amounts: Any expenses for travel by a Trustee's companion which are paid by the University will be reported as income to the Trustee on Form 1099 unless (a) the Trustee has documented the University business purpose for the companion's participation in the trip; or (b) the Trustee has confirmed the attendance of the Trustee and the Trustee's companion at the relevant game(s) and event(s) related to the game(s).

Preparation of Form 1099: The Board Office will submit the list of reportable amounts for each calendar year to the University's Tax Services no later than January 15th of the following year. The Controller's Office will then prepare IRS l099 Forms and send them to the Trustees who have taxable ticket or travel income.

## V. Required Approvals

a. The Secretary of the Board of Trustees will approve travel requests. In the event additional review is deemed necessary, the Secretary will consult with the Chairperson or the Vice Chairperson of the Board of Trustees and/or other university leadership (e.g., Office of the General Counsel, Office of the University Controller).

b. The Secretary of the Board of Trustees will process completed reimbursement requests per policy. On a periodic basis, expenses will be reviewed by the Chair of the Board and Chair of the Budget and Finance Committee, in alignment with board policy.

## VI. Reporting and Enforcement

Concerns regarding potential violations of the Trustee Tickets, Travel, and Taxation Guidelines should be reported to the Chief Audit, Risk and Compliance Officer. Concerns may also be submitted anonymously to the Misconduct Hotline. Purported violations will be appropriately investigated by the Office of Audit, Risk and Compliance and a report will be provided to the Trustee Committee on Audit, Risk and Compliance, including recommendations for corrective action regarding confirmed violations.

## Trustee Tickets, Travel, and Taxation: Frequently Asked Questions and Answers

*1. What is a University business purpose for entertaining guests at games?*

Examples of University business purposes are: "fundraising and donor cultivation, alumni relations, faculty relations, community relations, government relations, labor relations, media relations, student relations, and Michigan economic development". This is not an exclusive list. The University business purpose must relate to your responsibilities as a Trustee, not to your private or personal business, and the University business purpose cannot be incidental to a primarily personal or non-University purpose.

When you give the Board Office information about a guest you are entertaining for University business purposes, it will coordinate with the relevant University office (government official/Government Relations, major donor/Development, etc.). This will enable that office to support your efforts on the University's behalf.

*2. If I take a relative to a game and my relative is a donor to the University, or an employee of the University, will that be reported as income on Form 1099 or will it qualify as a University business purpose? (N/A if the relative is the Trustee's Companion)*

The University business purpose cannot be incidental to a primarily personal or non-University purpose. Situations in which University business is the main reason for the relative's presence at the game as the Trustee's guest are likely to be quite rare. In such situations, strong documentation of the University business purpose for the relative's attendance will be of great practical value.

*3. If I want to make one of the tickets provided to me as a Trustee available to a friend or relative to purchase, what should I do?*

You can return the ticket to the Board Office, which will arrange for the sale and delivery of the ticket, or you can provide the purchaser's credit card number to the Board Office and transfer your ticket to your friend/relative.

*4. I don't have to pay taxes on any tickets or travel for which the University does not issue a 1099, right?*

In deciding when to send out a Form 1099 and what to include in it, we are not acting as your personal tax advisors. It is important, however, that you understand that the IRS's view of what is taxable may differ from the University's. The taxes you should pay on tickets or travel are a matter for you to consider with your tax advisor.

*5. If the University doesn't send me a 1099 for the value of some tickets or for the University-paid travel expenses for a guest of mine and the IRS later says that I must pay income tax on the value of the tickets or the expenses, is it possible for the University to pay that income tax, plus any necessary interest and penalties?*

The University may have to pay penalties for failure to report the income on Form 1099. It can also try to work out an arrangement for paying the income tax, interest, and penalties due from you if the University made an error in failing to report your income on a Form 1099. In the past, the IRS has sometimes been willing to make such an arrangement as part of a settlement agreement with an institution following an audit. But, lately, the IRS has been disinclined to enter into such arrangements when the tax is due from a highly compensated employee or a control person like a member of a governing board. Instead, it may

compel the person who received the income to file a revised return; bill that person directly for the tax, interest, and penalty; or initiate an audit of that person's return.

*6. Will the value of tickets l receive and do not use be reported on a Form 1099?*

Not if you return the tickets you do not use to the Board Office. That will give the Board Office a chance to arrange for another appropriate use of the tickets. Alternatively, you can allow another Trustee to use any tickets you do not want to use. In that case, the other Trustee will be responsible for seeing that those tickets are used for a University business purpose or will receive a Form 1099 for the value of those tickets if used for another purpose. In addition, the University will not report on Form 1099 the value of any tickets that a guest you have invited for a University business purpose cannot use because of illness or another last-minute emergency, if you so inform the Board Office.

*7. If I choose not to take the four season tickets in the stands for men's basketball or for football, but I need extra tickets in the stands for a certain men's basketball or football game, can I get those tickets?*

Yes, you can get up to four tickets per game in the stands if you request them at least three days before the game. The value of any ticket in the stands that you receive in this manner and that you do not use for a University business purpose will be reported to the IRS on Form 1099.

*8. Are there steps I can take to reduce the income reported on a Form 1099 for tickets I receive as a Trustee or for my University-paid travel expenses?*

Yes. Here are some examples of such steps:

- Use your free tickets primarily for University business, not for personal/private purposes.
- If you choose to accept free tickets, do so only when you need them, rather than accepting a large number of season tickets. The more tickets you get, the harder it is likely to be for you and the University to keep track of them.
- Pay for tickets that are not going to be used by you or used by a guest whom you have invited for a University business purpose.
- Reimburse the University for travel costs it pays for your companion and guests.
- Do not travel at the University's expense very often, and do so with your companion or guest only when you can document a solid University business purpose for their participation in the trip.

*9. How often can I entertain the same guest for a University business purpose during a season?*

Remember that the expenses incurred for a University business purpose must be ordinary and necessary business expenses. So, there would have to be a logical business purpose for entertaining the same guest repeatedly that others engaged in the same type of business entertaining would recognize as ordinary and necessary. For example, it is certainly possible that taking the opportunity to solicit a donor repeatedly over a short time might be a fundraising strategy you and Development would choose to employ. But, generally, inviting a guest repeatedly will make it harder to justify the business purpose for any of these invitations, and it will, therefore, require greater attention to documenting the business purpose of each invitation as a component of the entire set of invitations.

*10. If I invite a guest to the box for a University business purpose, and provide that guest with two tickets,*

*does it make any difference whom the guest brings with the other ticket I have provided? In other words, if I invite the CEO of a tier one auto supplier who is an MSU alumna, do I have to make sure she brings her spouse or another officer of her company to avoid having the value of the second ticket put into a Form 1099 issued to me? (N/A for the Trustee's companion).*

No. It would be typical (an ordinary and necessary business expense) to give two tickets to a guest you and your companion are entertaining for business purposes so that the guest's spouse can accompany her. If the guest chooses, instead, to ask her best friend or her child to accompany her to the game, the value of the second ticket will not be reported as income to you on Form 1099. Please note, however, that it will raise athletic compliance issues if a high school age child accompanies a guest to a suite.

*11. Will you increase the amounts reported on the Form 1099s issued to Trustees because refreshments are available in the Trustee Suites at the Stadium and at Breslin?*

Providing food to guests in suites at athletic venues is a typical component of business entertaining - an ordinary and necessary business expense. Therefore, assuming the boxes are used by the Trustees primarily for University business purposes and that food continues to be served buffet-style, the University does not plan to add anything to the amounts reported on Form 1099s for the refreshments made available in the Trustee Suites. It may be necessary to revisit this issue if the boxes wind up being used primarily for personal or private guests of Trustees, and not primarily for University business purposes.

*12. Do I have to give the University the name of every individual to whom I give a ticket that is allocated to me as a Trustee?*

No. If you give the names of your personal guests to the Board Office, the Board Office will not keep a record of that information after the game, only the total number of tickets you used for personal reasons at that game and their value. But, the University must document and keep records of entertainment and travel by Trustees for University business purposes. So, if you do not give the University the name of a guest and information about the University business purpose for which you invited that guest to a game or event, the value of the guest's ticket to the game or event will be reported as income to you on a Form 1099.

*13. If the University keeps a record of the guests whom I invite to games for University business purposes, where will these records be kept and with whom will they be shared?*

The documentation will be kept in the Board Office. It will be shared with the Controller in connection with the preparation of Forms 1099 each year. The University's auditors will have access to the documentation upon request, as they do to the University's other tax and financial records. The athletics compliance staff may review any records of guests at intercollegiate athletics events, including these records. Also, if a FOIA request is filed for the records of the guests you invited to a game for University business purposes, the University may well be compelled to provide access to these records.

*14. When does the documentation of University business purpose have to be prepared, and by whom?*

Due to IRS requirements, the documentation should be prepared at or near the time of the game, event, or travel to which it relates. The Board Office will compile and maintain the records, but you will have to provide the necessary information and review the forms for accuracy.