Print/Save to pdf | Save As... | Reset

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Michael Balow

v.

Brianna Scott and Stefan Fletcher

Case No. 1:26-cv-03081
Hon.

TO: Brianna Scott
ADDRESS: 426 Auditorium Rd, #450
East Lansing, MI 48824

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brianna Scott, in her official capacity as Chair of the Michigan State University Board
426 Auditorium Rd, #450
East Lansing, MI 48824

CLERK OF COURT

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN

Insert Today's Date

By: Deputy Clerk | 10/29/2026 Date

## PROOF OF SERVICE

This summons for Brianna Scott (name of individual and title, if any) was received by me on ______ (date).

☐ I personally served the summons on the individual at ______ (place where served) on ______ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______ (name), a person of suitable age and discretion who resides there, on ______ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______ (name of individual), who is designated by law to accept service of process on behalf of ______ (name of organization) on ______ (date).

☐ I returned the summons unexecuted because ______.

☐ Other *(specify)* ______.

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______.

I declare under the penalty of perjury that this information is true.

Date: ______

______
*Server's signature*

Additional information regarding attempted service, etc.:

______
*Server's printed name and title*

______
*Server's address*

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

Print/Publish to pdf | Save As... | Reset

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Michael Balow

v.

Brianna Scott and Stefan Fletcher

Case No. 1:26-cv-03081

Hon.

TO: Stefan Fletcher

ADDRESS: 426 Auditorium Rd, #450
East Lansing, MI 48824

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Stefan Fletcher, in his official capacity as Secretary and Chief of Staff to the Michigan State University Board
426 Auditorium Rd, #450
East Lansing, MI 48824

CLERK OF COURT




Insert Today's Date

10/29/2026

By: Deputy Clerk | Date

---

## PROOF OF SERVICE

This summons for Stefan Fletcher (name of individual and title, if any) was received by me on ______________ (date).

☐ I personally served the summons on the individual at ______________ (place where served) on ______________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ______________ (name), a person of suitable age and discretion who resides there, on ______________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ______________ (name of individual), who is designated by law to accept service of process on behalf of ______________ (name of organization) on ______________ (date).

☐ I returned the summons unexecuted because ______________.

☐ Other *(specify)* ______________.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ ______________.

I declare under the penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

Additional information regarding attempted service, etc.:

______________
*Server's printed name and title*

______________
*Server's address*